**Order entered September 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00681-CV

## IN THE INTEREST OF M.P., MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-08868**

## ORDER

The reporter's record in this appeal has not been filed, although appellant's docketing statement reflects he requested preparation of the reporter's record on August 2, 2018. Accordingly, we **ORDER** Joe Rivera, Official Court Reporter of the 255th Judicial District Court, to file the record no later than October 22, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Rivera and the parties.

/s/  DAVID EVANS
    JUSTICE